# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS

CLERK OF COURT  
P.O. BOX 61010  
HOUSTON, TEXAS 77208

(713) 250-5500  
www.txs.uscourts.gov

Case No.: 20–35608

September 28, 2022

To: LeMardre' Miller  
23810 Jasmine Terrace  
Spring, TX 77373

    Our office received your letter regarding information reported on your credit files. The credit bureaus obtained this information independently. The United States Bankruptcy Court does not report information to or remove information from the credit bureaus.

    Please call our office if you need additional help.

Sincerely,  
Nathan Ochsner, Clerk of Court

Antonio B. Banda  
Deputy Clerk